OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Schwartz, Appellant, *v.* Board of School Directors.

opinion by HONEYMAN, J. Argued June 10, 1975. *Morris C. Solomon,* with him *Solomon & Spiegel,* for appellant; *Ralph L. Hose,* with him *Haws & Burke,* for appellee.

Judgment affirmed.

## Scuitti Case.

Argued June 16, 1975. No appearance entered nor brief submitted for appellant; *James M. Penny, Jr.,* Assistant City Solicitor, with him *Raymond Kitty,* Deputy in charge of litigation, *Stephen Arinson,* Chief Deputy City Solicitor, *Sheldon L. Albert,* City Solicitor, for appellee.

Order affirmed.

## Shehadi *v.* Northeastern National Bank of Pennsylvania, Appellant.

Argued June 9, 1975. *C. H. Welles, IV,* with him *Welles & McGrath,* for appellant; *Albert B. Mackarey,* for appellee.

Judgment affirmed.